IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**ROBERT GOLDSMITH,**

    Plaintiff,

v.                                              Civil Action No.: 3:13cv48
                                                   (Judge Groh)

**R.A. PERDUE, Warden, FCI Gilmer;**
**K. TAYLOR, Case Manager; and**
**A. ALMASE, C.O.,**

    Defendants.

## ORDER TO SEAL

On May 13, 2013, the plaintiff initiated this <u>Bivens</u>[1] civil rights action. On October 21, 2013, the defendants filed a Motion to Dismiss or for Summary Judgment, attaching various documents, among them, psychological records containing plaintiff's confidential information. (Dkt.# 35-4). Because Dkt.# 35-4 contains confidential information relative to the plaintiff, the records should be sealed.

The clerk is DIRECTED to file Dkt.# 35-4 under seal pursuant to the E-Government Act of 2002.

IT IS SO ORDERED.

The Clerk is also directed to transmit copies of this Order to the *pro se* plaintiff via certified mail, return receipt requested, at his last known address as reflected on the docket, and electronically to all counsel of record.

Date: October 22, 2013

                                                                    /s/   James E. Seibert
                                                                      JAMES E. SEIBERT
                                                                      UNITED STATES MAGISTRATE JUDGE

---

[1] <u>Bivens v. Six Unknown Named Agents of the Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971), a case in which the Supreme Court created a counterpart to 42 U.S.C. §1983, authorizing suits against federal employees in their individual capacities).